IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:22-cr-00076-JMK-MMS |
| vs. | |
| FRANK JOEL MAGRO, | |
| Defendant. | |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY**

A Notice of Proposed Factual Basis in Support of Guilty Plea was filed in this case at Docket 36. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Magro entered a guilty plea to Count 1 of the Indictment, a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Felon in Possession of Firearms and Ammunition. Additionally, Mr. Magro admitted to Criminal Forfeiture Allegations 1.

Judge Scoble issued a Final Report and Recommendation at Docket 40, in which he recommended that the District Court accept the Defendant's plea of guilty to

Count 1 of the Indictment and his admission to Criminal Forfeiture Allegations 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment, Felon in Possession of Firearms and Ammunition; and Defendant's admissions to Criminal Forfeiture Allegations 1. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence is confirmed for July 27, 2023, at 10:00 A.M. in Anchorage Courtroom 3.

DATED this 20th day of June, 2023 at Anchorage, Alaska.

        */s/ Joshua M. Kindred*
        JOSHUA M. KINDRED
        United States District Judge

*United States v. Magro*  Case No. 3:22-cr-00076-JMK-MMS
Order re Final Report and Recommendation  Page 2
Case 3:22-cr-00076-JMK-MMS   Document 42   Filed 06/20/23   Page 2 of 2